# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 24 August, 2006 03:47:14 PM
Clerk, U.S. District Court, ILCD

9:45 am    **FILED**

AUG 2 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_Edward Stowers_

)
)
)
)

**Plaintiff/Petitioner(s),**

)
)

-vs-

)
)

_LPN Debbie Miller_

)
)

_Wexford Nursing Agency_

)
)

" _all In their Official + Individual_
_Capacity_ " **Defendant/Respondent(s).**

)
)
)

Case No. _06-1215_

**(To be supplied by the Clerk)**

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, _Edward Stowers_ , being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:    (X) Civil Rights    ( ) Habeas Corpus    ( ) Appeal

1.  Are you presently employed?    Yes ( )    No (X)

    a.  If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _N/A_

    b.  If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.    _$10.⁰⁰ State Stupend Monthly_

2.  Have you received within the past twelve months any money from any of the following sources?

    a.  Business, profession or form of self-employment?    Yes ( )    No (X)
    b.  Rent payments, interest or dividends?    Yes ( )    No (X)
    c.  Pensions, annuities or life insurance payments?    Yes ( )    No (X)
    d.  Gifts or inheritances?    Yes ( )    No (X)
    e.  Any other sources?    Yes (X)    No ( ) = _periodically Family_

Rev. 2/00

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

*Family sometimes sends a minimal Amount of money. Not often (see Audit Form)*

3. Do you own cash, or do you have money in a checking or savings account?  Yes ( ) No (X) (include any funds in prison accounts)  If the answer is "yes", state the total value of the items owned.

*N/A*

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X) If the answer is "yes", describe the property and state its approximate value

*N/A*

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.  *None*

*N/A*

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes ( )    No (X)

If yes, please provide the following section about your prior cases.  If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases.  Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis.*

1. Case name: *N/A*               Case Number: *N/A*

   Court: *N/A*                    Date filed: *N/A*

   Claims raised: *N/A*

   Result: *N/A*

2. Case name:_____ *N/A* _____    Case Number:_____ *N/A* _____

   Court:_____ *N/A* _____    Date filed:_____ *N/A* _____

   Claims raised:_____ *N/A* _____

   _____

   Result:_____ *N/A* _____

3. Case name:_____ *N/A* _____    Case Number:_____ *N/A* _____

   Court:_____ *N/A* _____    Date filed:_____ *N/A* _____

   Claims raised:_____ *N/A* _____

   _____

   Result:_____ *N/A* _____

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

_____

Date

_____

Signature of Plaintiff/Petitioner

*Edward Flowers*

Rev. 2/00

# CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY.   THIS IS A STATEMENT BY THE
PRISON AND NOT THE PRISONER.)

      I hereby certify that the plaintiff or petitioner in this
action has the sum of $_____ in his trust account at the
correctional center where he is confined.   I further certify that the
plaintiff or petitioner has the following securities to his credit
according to the records of this institution:

*I have provided an updated inmate trust
audit for the past 6 months, as permitted
at the Hill Correction Center*

_____
(Authorized Officer)

_____
(Institution)

_____
(Title)

DATE _____

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A ¹ year      LEDGER
OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

*Subscribed and Sworn to before me
this 17th _____ day of ___, 2008.*

*(S) Edward Stewert*

*m Q. [signature]*
_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Mark G. Spencer
Notary Public, State of Illinois
My Commission Exp. 06/08/2008

4

E-FILED
Thursday, 24 August, 2006 01:47:26 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED

AUG 2 4 2006

U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

*Edward Stowers*

Plaintiff    )
)
)
vs.    )Case No. 06-1215
*LPN Debra Miller*    )
*Wexford Nursing LTD*    )
*Warden Donald A. Hulick*    )
*A/W Frank Shaw*    )
*Director Roger E. Walker Jr*    )
*Chief Mary Hodge* Defendant(s)    )

*"All in their Official* COMPLAINT *Lois Mathis*
*And Individual Capacities = Health Care Administrator*

☒42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐Other
_____

—

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, *Edward Stowers* , and states as follows:

My current address is: *600 Linwood Rd / P.O. Box 1700 Galesburg, Il. 61401    Hill Correctional Centre*

The defendant *LPN Debra Miller* , is employed as *Licensed Practical Nurse* at *Hill Corr. Ctr*

The defendant *Donald A. Hulick* , is employed as *Warden* at *Hill Correctional Centre*



The defendant _Frank Shaw_ , is employed as _Assistant Warden_ _of Operations_ at _Hill Corr. Ctr_

The defendant _Roger E. Walker Jr_ is employed as _Director_ _of EDOC_ at _Illinois Dept. of Corr. Springfield Headquarters_
(revised 9/96)

The defendant _Lois Mathis_ , is employed as _Health Care Administrator_ _Hill Health Care Unit_ at _Hill Corr. Ctr_

_Chief Mary Hodge Internal Investigation_
Additional defendants and addresses _Ill. Dept of Corr. Springfield Office_

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?  Yes ☐  No ☒

If yes, please describe

_____ _N/A_ _____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐  No ☒

C. If your answer to B is yes, how many?  _N/A_  Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

Plaintiff(s) _____ _N/A_ _____

Defendant(s) _____ _N/A_ _____

_____

2. Court (if federal court, give name of district; if state court, give name of county)

(2.)

3. Docket Number/Judge

_____ *N/A* _____

4. Basic claim made

_____ *N/A* _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it  still pending?)

_____ *N/A* _____

6. Approximate date of filing of

lawsuit_____ *N/A* _____

7. Approximate date of disposition

_____ *N/A* _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒

No ☐   If your answer is no, explain why not

_____ *N/A* _____

_____

C. Is the grievance process completed?   Yes ☑   No ☒

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS
OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE
ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS
RELATING TO YOUR GRIEVANCE.

Pending.

To Be Amended,
    as LDOC completes
    and provides to me.
    I will forward to the
    Courts.

Please Notice I have enclosed the initial
start of Hill Correctional Center Remedy process
1. Request Slip to Health Care Administrator
    Lora Mathus_ See Exhibit (AA)
    Debbie Miller is Contracted by LDOC, as the
    Health Care Provider Office is located in
    Pittsburg, Pennsylvania, Wexford Nursing LTD
            4.

LPN Debbie Miller, committed an assault to myself, who was defenseless, and left extremely distraught. LPN Miller, maliciously and sadistically attacked me without cause, and then tried to cover her attack by writing her own incident report, as she rejected the witnessing Officer's to make a Report. This attack was of evil and vicious intent. LPN Debbie Miller Knew exactly that her intent were to harm me and cause pain. She became extremely out of control so fast, it was as if she planned the outrage, Knowing I were to enter the door of 1-C-Wing where the Med cart were preventing me from entering. It was ok to move the Med cart. I had given no reason or showed no reason that would imply or suggest I had motives to reach for anything on the Medication Cart. I moved the cart from a very low position, as my hands only touched the back of the cart where no entry to medication drawers, or the top of the cart may hold medication. All this were also true as witnessed by both C/o Mason and C/o Cox, which both Correctional Officer's were in as much shock as I were, at the abusive behavior of LPN Debbie Miller. I have not been able to trust any Nurse's since 6-18-04. I am left terribly distraught, extremely paranoid (of Nurse's Now)

3.

fearing the uncertain by their assumption. My left side of my face has constant pain, including the numbness and deafness in my left ear. My left arm and wrist were bruised and left in pain. I submitted immediately to the Health Care to be seen by the Medical Doctor for an injury accessment, and to have a remedy of injury medications prescribel. On 6-30-04, I were seen by Dr. Tiller, the Psychariatrist to access my mental condition; in addition, the Nurse Sick Call prescribed for me Ibuprofen 500 mg, with a scheduled Medical Doctor Appointment. On 7-2-04, I were called to be seen by the Medical Doctor; "Seavers" I believe his name, who assured me from his examination, the blow to my head on the left side, by LPN Debbie Miller (has mostl dezinitely) caused an Ear ingection. Dr. Seavers, prescribed medications immediately. The Medications are:
(Neomycinpoly / H6 Ear Drops)
(Amoxicillen; Antibiotics 500 mg
(Ibuprofen 200 mg

These medications are to be taken for the infections I received almost immediately from the assault which LPN Debbie Miller Committed on me 6-18-04.

4.

Dr. Tiller, and Dr. Dearren have set up the opportunity for continued follow-ups to be examined until the injection clears. In addition to the above regards, I have submitted several requests to the Business Office, and the Health Care Administrator; Lois Mathus for the address of the WEXFORD Nursing Agency LTD, who tempts their Nursing Staff to Illinois Department of Corrections (Pending a Respond). LPN Debbie Miller was employeed through WexFord at the actual time of her assaulting Me on 6-18-04, through the Illinois Department of Corrections. LPN Miller Abused her position as a Licensed Practical Nurse, where she was to only peovide and pass medications to those inmates prescribed, not to use malicious and sadistic emotions and physical abuse, as she committed upon me 6-18-04. Not One Act of her abuse was justajieable. She acted in a capable state of mind. I committed No wrong. I were directed by the Correctional Officer C/o Cox to proceed foreward onto the Wing. There were No threats to security or LPN Miller, or the Sled Cart, which held Medications. Whatever caused LPN Debbie Miller to become unstable, billergerent and physically Abusive must be corrected Immediatly.

5. Is this the behavion of Nurse's.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

That the court enters Judgement for the
Plaintiff and against defendants as follows:
    A. Compensatory damages in the Amount
    150,000.00 or an Amount to be
    proven at Trial; and

    B. Punitive damages in the Amount
    150,000.00 or an Amount to be
    proven at Trial

**JURY DEMAND**    Yes ☒    No ☐

Signed this __17th__ day of __Aug 2006__ ,
■2004.
(S) Edward Stowers N-81651

__on a__
NOTARY Public    ( *Signature of Plaintiff* )

"OFFICIAL SEAL"
Mark G. Spencer
Notary Public, State of Illinois
My Commission Exp. 06/08/2008

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Edward Stowers | N-81651 |
| Address: | Telephone Number: |
| | |

*Emergency*    *Part 2*

# FILED

**E-FILED**

AUG 24 2006

Monday, 24 August, 2006 01:48:02 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 6-18-04 | Committed Person: (Please Print) Edward Stowers | ID#: N 81651 |
|---|---|---|
| Present Facility: Hill Correction Ctr | Facility where grievance Issue occurred: Hill Correction Ctr | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: _____ Date of Report _____ _____

- [ ] Mail Handling
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Restoration of Good Time
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disability
- [x] Other (specify): *LPN Debbie Miller Committe STAFF Assault 8th Amendment Violation Malicious and Sadistic Abuse*
- Facility where issued

RECEIVED Grievance Officer

**Note:**  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On June 18, 2004, at or approximately 9:35 Am I were called to "diabetic lunch", I returned approximately 10:00 Am to Unit 1-C-Wing. Upon entering 21 Unit, to Cox #9743, were the Officer at the desk who witnessed my Return and signed me back in, in addition to Mason #9826 were the officer in the control bubble, both verified my return from diabetic chow. At the time I returned from lunch, in the 21 Unit Foyer, was Nurse (LPN Debbie Miller) who were about to pass medication. I were told at

**Relief Requested:** LPN Debbie Miller be terminated from her LPN Nursing duties Immediately, all medical previsions be granted me upon Request as Needed Without bias Thorough Investigation.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Edward Stowers (sig) | N 81651 | 6, 18, 04 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

| Date Received: 7/15/04 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** Refer to Health Care Unit Administrator for review & response to the Grievance Officer.

| (Print Counselor's Name) | (Counselor's Signature) | 7/15/04 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

this time to go on onto the Wing — by C/o Cox, I pro-
ceeded to enter as C/o Cox witnessed and C/o Mason
released the electronic door from the control Center. At
the moment I attempted to enter, the Nurse's Med Cart
were obstructing the entrance doorway, so I slightly
moved the cart away — not hindering the Nurse, nor did
my moving the Med Cart cause interference, because at
that immediate time, Nurse Debbie Miller were not attending
anyone — nor were she writing notes on the top of the
cart — nor were she charting any medications; She was
noticed standing, as if she were excusing me to
enter the 1-C Wing as directed by C/o Cox #9743.
However, as soon as I moved the Med Cart, LPN Debbie
Miller, instantly became billergerent, then bashed me
with her fist in my face, and the left side of my head
and Neck. As I screamed, what's wrong, my hand, arm,
and wrist of the left side were up to protect my face
as I instantly became dizzy, LPN Debbie Miller continued
to beat my hand, arm + wrist. I was somewhat trapped
between the Med Cart + 1-C-Wing door Now. I tried
to escape back to the foyer Joint door to C/o Cox, but
was pushed by the cart by LPN Miller, which by this
time C/o Cox jumped up from the desk to intervene and
access the situation, all witnessed also by C/o Mason
# 9826. C/o Cox asked, what's wrong, I told him to go back
on the unit. Nurse Miller stated, "he was trying to
steal some medications" C/o Cox looked in bewilderment
for (he) C/o Cox knew LPN Debbie Miller was lying, and
for what reason, I'm not on any medication Call Line
Which are passed Morning and Evening per day. I'm
a diabetic, I am Called on the 11-7 am Shift and Evening
3-11 pm Shift — prior to break fast and prior to dinner ( )
Where LPN Debbie Miller does Not work or pass meds
I have Never Needed Medication passed to me on the
7-3 pm Shift as this process is done which would
involve LPN Miller am times, unless specially ordered
by the Medical Doctor which on 4-18-04 (I had NO
Meds to Receive. LPN Debbie Miller Committed an
assault to myself, who was defenseless, and left
extremely distraught. LPN Miller maliciously and
sadistically attacked me without cause, and then
tried to cover her attack by writing her own incident
report, as I'm told she went over the Officer head to write
the report herself, (I received No IDR).

*Emergency - Part 2 of 2.*                                    *Part 2 of 2*

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 6-18-04 | Committed Person: (Please Print) Edward Stowßen | ID#: N81651 |
|---|---|---|

| Present Facility: Hill Correction Ctr | Facility where grievance issue occurred: Hill Correction Ctr |
|---|---|

**NATURE OF GRIEVANCE:**
LPN Debbie Miller Committee

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): Staff Assault 8th Amendment Violation Malicious and Sadistic Abuse

- [ ] Disciplinary Report: ____/____/____ 
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This attack was of Evil and vicious intent. LPN Debbie Miller knew exactly that her intent were to harm me and cause pain. She became extremely out of control so fast, it was as if she planned the outrage, knowing I were to enter the door of 1-C-Wing where her med cart was preventing me from entering. It was O.K. to move the cart. I had given no reason or showed no reason that would imply or suggest I had motives to reach for anything on the Medication cart I moved the cart from

**Relief Requested:** LPN Debbie Miller be Terminated From her LPN nursing duties Immediatly, All Medical Provisions be granted me upon request as needed without bias. Thorough Investigation.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Edward Stowßen | N81651 | 6, 18, 04 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

| **Counselor's Response (if applicable)** |
|---|

Date Received: ____/____/____   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** |
|---|

Date Received: ____/____/____   Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | | Date ____/____/____ |
|---|---|---|

a very low position, as my hands only touch the back of the cart where No entry to med drawers or the top of the cart may hold medications. All this were also true as witnessed by both C/o Mason and C/o Cox, which both Correctional Officers were in as much shock as I were, at the abusive behavior of LPN Debbie Miller. I have not been able to trust any Nurse's since today 6-18-04. I am left terrible distraught, extremely paranoid (of Nurse's Now), fearing the uncertain (by their assumption). My left side of my face, pains, including the Numbness and deafness to the left ear. My left arm & wrist was bruised and left in pain. I submitted immediately to the Health Care to be seen by the Medical Doctor for an injury accessment, and to have a remedy of injury medications prescribed. On 6-30-04, I were seen by Doctor Tiller, the psychiatrist to access my mental condition; in addition the Nurse Sick Call prekribil me Ibuprofen 500 mg with a Scheduled Medical Doctor Appointment. On 7-2-04, I were called to be seen by the Medical Doctor, "Starnes" I believe his Name, who assured me the blow to my head of the left side by LPN Debbie Miller (has) caused (me an (Ear infection). He prescribed (Neomycin poly / HC Ear Drops Falcooty (8) Amoxicillin 500 mg + Ibuprofen 200 mg For these infections and constant pain. I'm to see him on a continued follow-up, even Dr. Tiller, the psychiatrist. In addition to the above regards I have submitted several requests to the Bushers Office — Health Care Administrator — per the Address to the Wexford Nursing Agency, who actually employees LPN Debbie Miller, and temply hired her out to the Illinois Department of Corrections; Hill Correctional Center where she was employeed the date 6-18-04, the actual day she abused her position as an Licensed Practical Nurse where she was to only provide + pass Medication to those inmates prescribed, not to use Malicious and Sadistic Emotions and Physical Abuse as she committed upon Me 6-18-04. Not one act of her abuse was justiceable. I did Nothing wrong, I was directed by the C/o Cox to go on and enter 1-C Wing. There was No Threats to security or LPN Miller, or the Cart which enclosed Medications. Whatever caused LPN Miller to become unstable — belligerent and Physically Abusive, Needs to be examined and Corrected Immediately.

Is this the behavior of _____ Nurse's of IDOC or _____ Wexford

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

1 B 35

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** August 12, 2004     **Date of Review:** August 30, 2004     **Grievance #** (optional): 050135

**Committed Person:** Stowers     **ID#:** N81651

**Nature of Grievance:** Staff Conduct, Staff Assault

**Facts Reviewed:** Offender Stowers states he moved Nurse Miller's med cart to get by and then she instantly "bashed me with her fist in my face and the left side of my head and neck . As I screamed what's wrong, my hand, arm, and wrist of the left side were up to protect my face as I instantly became dizzy, LPN Debbie Miller, continued to beat my hand, arm, and wrist". The offender states the incident was witnessed by C/O Cox and C/O Miller. This writer interviewed offender Stowers. He maintains that he was assaulted by Nurse Miller and it happened just as he said in his grievance. This writer interviewed Nurse Miller who states she did not strike the inmate but grabbed his shirt when he took an item off the med cart. Officers Cox and Mason both stated they never saw Nurse Miller hit the inmate. The inmate wants Nurse Miller terminated.

**Recommendation:** Moot Grievance. The issue with Nurse Miller has been addressed.

Gary L. Pampel
_____                              _____
Print Grievance Officer's Name                        Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 9/3/04     ☒ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

_____                              9-3-04
Chief Administrative Officer's Signature                      Date

| Committed Person's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

EDWARD STOWERS          N-81651          9-22-04
Committed Person's Signature          ID#          Date

**Distribution:** Master File   Committed Person          Page 1          DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper