E-FILED
Thursday, 24 August, 2006 01:52:15 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 2 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Edward Stowers,  )
  Plaintiff,  )
vs.  )  No. 06-1215
LPN Debbie Miller Et;AL,  )
  Defendant(s)  )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Edward Stowers, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Plaintiff's imprisonment will greatly limit his ability to litigate this case. This case will involve substantial investigation and discovery. The issues involved in this case are complex. A trial in this case will involve conflicting testimony. A lawyer would assist plaintiff in the presentation of evidence and cross-examination of opposing witnesses.

3. In further support of my motion, I declare that (check appropriate answer):

   X    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

   ___  I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

    [X]   I have attached an original application to proceed in forma pauperis detailing my financial status.

    [ ]   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

    [ ]   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

_____
Street Address

_____
City/State/Zip Code

Date: _____

10/94

NOTICE OF MOTION/PROOF OF SERVICE

TO: *United States District Court*
Attn: *Central District of Illinois Room 309*
*Federal Building 100 N.E. Monroe*
*Peoria, Illinois 61602*

Attn: Clerk  Would you please stamp one copy "Filed" and return to me as my reciept?

TO: _____

Attn: _____

_____

_____

CERTIFICATE OF SERVICE

I, *Edward Stower (M)*, swear under penalty of perjury that I served the above attached: *1- Original and 4 Copies of a Civil Rights Complaint 42 USC 1983 against IDOC LPN Debra Miller Et, AL., And Documents towards Remedy*

by placing said documents in the U.S. Mail first Class Postage prepaid at the _____ Centeron the date signed herein by the below Notary Public.

Subscribed and sworn to before me this *17th* day of *Aus, 2006*

_____
Notary Public

Affiant:
*Edward Stower N-81651*
(Full Name & Reg. No.)

"OFFICIAL SEAL"
Mark G. Spencer
Notary Public, State of Illinois
My Commission Exp. 06/08/2008