
E-FILED
Thursday, 24 August, 2006  02:11:09 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 24, 2006

          Re: Edward Stowers N81651
          Case No. 06-1215

Trust Fund Department
Hill Correctional Center
PO Box 1700
Galesburg, IL 61401

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.  In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.  Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **2/24/06-8/24/06**, within fourteen days of the date of this letter.  Please mail the trust fund ledgers to:

    United States District Court
    Central District Of Illinois
    309 Federal Building
    100 N.E. Monroe
    Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

          Sincerely,

          John M. Waters

          Clerk, U.S. District Court

cc: Inmate