E-FILED
Monday, 28 August, 2006 10:52:19 AM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Edward Stowers** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-1215** |
| **Debra Miller, et al** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Hill Correctional Center at Galesburg, IL.

  **WE COMMAND** that you produce the body of **Edward Stowers**, Register No. **N81651**, who is in your custody at Hill Correctional Center before the United States District Court on **Wednesday, 9/27/06 at 9:30 AM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

  **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

  DATED: August 28, 2006

             JOHN M. WATERS, CLERK
             UNITED STATES DISTRICT COURT

             BY: __s/ T. Kelch_____
               Deputy Clerk