UNITED STATES DISTRICT COURT

CENTRAL DISTR9ICT OF ILLINOIS

EDWARD STOWERS,

        PLAINTIFF,

        VS                                06-1215

DEBRA MILLER, et al.,

        DEFENDANTS.

## CASE MANAGEMENT ORDER #1

This case is before the court for case management and a scheduling order.

IT IS ORDERED THAT:

Discovery will close May 1, 2007:
Plaintiff's expert witnesses, if any, must be disclosed by July 1, 2007;
Defendants' expert witnesses, if any, must be disclosed by September 1, 2007;
Case dispositive motions must be filed on or before October 1, 2007;
Final pretrial conference by video is set for November 8, 2007 at 1:30 p.,.;
Jury selection and trial is set for December 6, 2007.

The case is set for further hearing under Rule 16 by video or telephone conference on February 14, 2007 at 9:00 a.m., or as soon thereafter as the case may be reached on the court's call.

Enter this 5th day of February 2007.

                              **s\Harold A. Baker**
                              Harold A Baker
                              United States District Judge