# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Edward Stowers** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-1215** |
| **Debra Miller, etal** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Hill Correctional Center at Galesburg, IL.

**WE COMMAND** that you produce the body of **Edward Stowers**, Register No. **N81651**, in your custody at Hill Correctional Center to be transported to Illinois River Correctional Center For a hearing scheduled to begin on 2/14/07 at 9:00 which is a Video Conference Hearing in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 2/5/7

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: s/ H. Kallister
Deputy Clerk