# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA
### VIDEO WRIT

| CASE NAME: Edward Stowers vs Debra Miller., et al. | CASE NO. 06-1215 | Beginning Date of Hearing: 42/14/07 at 9:00 a.m. | Type of Hearing: Merit Review Hearing  Length of Hearing: one hour |
|---|---|---|---|

**TO: THE WARDEN OF ILLINOIS RIVER CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Edward Stowers | N81651 | IL River Corr Ctr | 2/14/07 | 9:00 a.m. |
| Judge Baker | n/a | Urbana Courthouse | 2/14/07 | 9:00 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: 2/5/7

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: S/ H. Kallister
    DEPUTY CLERK

CC:    Video Coordinator
 Faxed to: Warden of IRCC CC
            Video Tech, Urbana

Format and wording approved by IDOC Legal Counsel 2/11/98