E-EILED
Wednesday, 14 February, 2007  09:44:56 AM
Clerk, U.S. District Court, ILCD

Case: 1:06cv1215

Edward  Stowers N81651
HILL
Hill Correctional Center
Inmate Mail/Parcels
PO Box 1327
Galesburg, IL 61401

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

**FILED**
FEB 1 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Parole

128 Village Dr.
Vicksburg MS 39180

Hasler
016H16502140
Mailed From 61602
02/06/2007
$00.630
US POSTAGE

