# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**Edward Stowers**

        vs.

Case Number: **06-1215**

**Debra Miller; Wexford Nursing LTD; Donald A. Hulick; Frank Shaw; Roger E. Walker, Jr.; Mary Hodge; and Lois Mathis**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to prosecute. The parties are to bear their own costs.

ENTER this 20th day of March, 2007

JOHN M. WATERS, CLERK

s/M. Leininger
BY: DEPUTY CLERK